COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 URIEL CHAVIRA, Individually and d/b/a MEXICO LINDO and LOS
 PAISANOS AUTOBUSES, INC.,
  
                             Appellants,
  
 v.
  
  
 ALBINO GAYTAN PIÑA, Individually and as the
 Personal Representative of the Estate of Teresa Lozano Acevedo, Deceased, et
 al.,
  
                            
 Appellees.
 
 
 §
  
 §
  
 §
  
 §
  
 §
  
 § 
  
 §
 
 
  
  
 No. 08-11-00186-CV
  
 Appeal from the
  
 327th
 District Court
  
 of El
 Paso County, Texas 
  
 (TC# 2005-8265) 
  
 
 


 

MEMORANDUM
 OPINION

The parties have
filed a joint motion stating that they have fully resolved and settled all
issues in dispute and asking that we render judgment in favor of Appellees, and
against Appellants, in the amount of $5,000,000.00 to effectuate their settlement
agreement.  See Tex.R.App.P.
42.1(a)(2)(A)(permitting appeals court to dispose of appeal by rendering
judgment effectuating the parties’ agreement);
Tex.R.App.P. 43.2(c)(permitting appeals court to reverse the trial
court’s judgment and render the judgment the trial court should have
rendered).  The motion does not, however,
recite any agreement of the parties as to costs.

Because Appellants
and the attorneys representing Appellees have signed the settlement agreement
and filed it with the Clerk of this Court, we grant the motion.[1]  See Tex.R.App.P. 42.1(a)(2)(A)(requiring
settlement agreement to be signed by the parties or their attorneys and filed
with the clerk before appeals court can render judgment in accordance with the
agreement). Without reference to the merits, the judgment of the trial court is
reversed and judgment is rendered in favor of Appellees, and against
Appellants, in the amount of $5,000,000, to be divided, as agreed to by the
parties, among Appellees on the following pro rata basis:


 
 
 Name of Party
 
 
  
 
 
 Allocation
 
 
 Percent
 
 
 
 
  
 
 
  
 
 
  
 
 
  
 
 
 
 
 Albino Gaytan Piña,
 as Personal Representative
 of the Estate of
 Teresa Lozano Acevedo, Deceased
 
 
  
 
 
 $ 136,891.96
 
 
 2.697839060
 
 
 
 
 Albino Gaytan Piña,
 Individually
 
 
  
 
 
 $ 633,373.63
 
 
 12.667472634
 
 
 
 
 Jose Guadalupe
 Gaytan Lozano
 
 
  
 
 
 $ 88,304.83
 
 
 1.766096638
 
 
 
 
 Luz Maria Gaytan
 Lozano
 
 
  
 
 
 $ 88,304.83
 
 
 1.766096638
 
 
 
 
 Maria Elena Gaytan
 Lozano
 
 
  
 
 
 $ 88,304.83
 
 
 1.766096638
 
 
 
 
 Clara Gaytan Lozano
 
 
  
 
 
 $ 88,304.83
 
 
 1.766096638
 
 
 
 
 Gloria Gaytan Lozano
 
 
  
 
 
 $ 128,908.47
 
 
 2.578169275
 
 
 
 
 Josefa Marquez
 Ocana, as Personal Representative
 of the Estate of
 Ascencion Ramirez Caravco, Deceased
 
 
  
 
 
 $ 111,686.88
 
 
 2.233737554
 
 
 
 
 Josefa Marquez
 Ocana, Individually
 
 
  
 
 
 $ 795,788.16
 
 
 15.915763179
 
 
 
 
 Elisa Ramirez
 Marquez
 
 
  
 
 
 $ 88,304.83
 
 
 1.766096638
 
 
 
 
 Manuela Yasmin
 Ramirez Marquez
 
 
  
 
 
 $ 88,304.83
 
 
 1.766096638
 
 
 
 
 Jorge Alonzo Ramirez
 Marquez
 
 
  
 
 
 $ 88,304.83
 
 
 1.766096638
 
 
 
 
 Maria Aguilar
 
 
  
 
 
 $ 774,557.67
 
 
 15.491153377
 
 
 
 
 Roberto Pacheco
 
 
  
 
 
 $ 1,475,710.05
 
 
 29.514201033
 
 
 
 
 Ariosto Manriquez
 
 
  
 
 
 $ 30,369.79
 
 
 0.607359829
 
 
 
 
 Manuel Parra
 
 
  
 
 
 $ 87,972.21
 
 
 1.759444200
 
 
 
 
 Magdeleno
 Borrego-Lares
 
 
  
 
 
 $ 208,607.37
 
 
 4.172147393
 
 
 
 
 Total
 
 
  
 
 
 $ 5,000,000.00
 
 
 100.00%
 
 


We assess all
costs of this appeal against Appellants. 
See Tex.R.App.P. 42.1(d)(requiring appeals court to assess costs
against appellant absent an agreement by the parties).

 

 

July 5, 2012

                                                                                    CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.











[1]
In response to this Court’s order dated May 30, 2012 informing the parties that
there was an error in the settlement agreement concerning the percentages
attributable to the Appellees, the parties filed a joint response signed by
their attorneys incorporating a revised settlement agreement reflecting the
correct allocation of percentages. 
Although the settlement agreement itself was not re-executed, the joint
response states:  “[a]s shown by the
signature of the attorneys for all parties below, the parties are in agreement .
. . .”